ADRIAN MOON
FULL NAME

COMMITTED NAME (if different)

19005 Wileys Well Rd.
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Blythe CA 92226

AF 0335
PRISON NUMBER (if applicable)

(949) 357-6933 office

RELATED
DDJ

FILED
CLERK, U.S. DISTRICT COURT
5/8/17
CENTRAL DISTRICT OF CALIFORNIA
BY CS          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ADRIAN MOON

PLAINTIFF,

v.

JUANITA GARBUTT, et al's,
Does 1-100 inclusive DEFENDANT(S).

CASE NUMBER   CV17-3459-SVW(FFM)

*To be supplied by the Clerk*

VERIFIED CIVIL RIGHTS COMPLAINT - COUNTER
PURSUANT TO *(Check one)*
☒ 42 U.S.C§§ 1983 ; 1201; 1221 3
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many? ___3 plus___

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

False Imprisonment, Slavery, failure to protect
Equal protection under law, False Advertisement
Fraud criminal conspiracy, extortion
Racketeering, Profiteering, Public corruption
race sex, age, gender, Religious discrimination
Preparing offering and filing false/forged
Instruments, perjury, Kidnapping for Ransom
obstruction of Justice in Federal and State
criminal investigations, Gangsterism,
participation in a terrorist organized crime
syndicate, attempted assassination, defamation
of character, slander, Liebel, embezzlement,
Grand theft over $400,00 Destroying evidence
in a criminal investigation, Public corrup'

page 1 of 23

a. Parties to this previous lawsuit:
Plaintiff _Adrian Moon_

Defendants _Juanita Gerhuit Rhona Slusher_
_Utric E.S. Ush.  Edduard Simpson_

b. Court _Central District Superior Court_

c. Docket or case number _BC367789 - GC040261 - GC037352_
_GC043447_

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Dismissed without prejudice_

f. Issues raised: _Ex tortion  Grand theft over $160,00_
_Fraud, public corruption, criminal_
_conspiracy, False imprisonment, perjury_

g. Approximate date of filing lawsuit: _2-2008_

h. Approximate date of disposition _6-2009 sed without preju_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____
   _____
   _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____
   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Adrian Moon_
(print plaintiff's name)

who presently resides at _19005 Wileys Well Rd Blythe CA 92226_
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Los Angeles County Sheriff JAIL_
(institution/city where violation occurred)

on (date or dates) _Equal Protection_ _Due Process_ _Retaliation_
                   (Claim I)           (Claim II)        (Claim III)

**NOTE:**     You need not name more than one defendant or allege more than one claim. If you are naming more than
              five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant   _Juanita Garbutt_                          resides or works at
                (full name of first defendant)
    _1507 Canyada St  Altadena CA 91001_
    (full address of first defendant)
    _Defendant_
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

    Explain how this defendant was acting under color of law:
    _Acted on the order of Leroy David Baca_
    _Peace officer State Employee_

2.  Defendant   _Rhona Slusher_                            resides or works at
                (full name of first defendant)
    _1507 Canyada St. Altadena CA 91001_
    (full address of first defendant)
    _Defendant_
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

    Explain how this defendant was acting under color of law:
    _Acted on the order of Leroy David_
    _Baca, Peace officer State Employee_

3.  Defendant   _Ulric E.J. Usher_                         resides or works at
                (full name of first defendant)
    _550 West Lancaster blvd_
    (full address of first defendant)  _Lancaster, CA, 93534-0003_
    _Attorney_
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

    Explain how this defendant was acting under color of law:
    _Acted on the order of Walter Mueller_
    _District Attorney State Employee_

---

CV-66 (7/97)          _VERIFIED_  CIVIL RIGHTS COMPLAINT - _complet_      Page 3 of 6

4. Defendant   Julius Johnson   resides or works at
(full name of first defendant)

2476 N LAKE Altadena CA 91001
(full address of first defendant)

ALTorney
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

officer of The court working for State agency

5. Defendant   C. Edward Simpson Jr.   resides or works at
(full name of first defendant)

300 EAST Walnut Street Pasadena CA 91101
(full address of first defendant)

Judicial officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

officer of court working for state agency - state employee

6. Defendant William Little resides or works at 530 West Lancaster blvd Lancaster, CA, 93534- 0000
The defendant is a Real Estate Broker
The defendant is sued in his individual and official Capacity.
The defendant was acting under color of Law as an agent of a state agency

7. Defendant __Vicent Zuzzilo__ resides or works at
(full name of first defendant)

__255 E. Temple St    Los Angeles CA 90012__
(full address of first defendant)

__Federal Employee__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

__Peace officer of the Federal__

__Bankruptcy court__

8. Defendant __Anthony TAM__ resides or works at
(full name of first defendant)

__234 E. Colorado blvd #720 Pasadena CA 91101__
(full address of first defendant)

__Attorney__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

__officer oF court for a state agency__

9. defendant Nancy Curry resides or works
at 1000 Wilshire Blvd # 870
Los Angeles, CA. 90017
The defendant is an U.S. Bankruptcy
chapter 13 trustee
The defendant is being sued as an
individual and in her official capacity
The defendant was acting under color
of law as an federal Employee officer
of the court

on (date or dates) _____ , _____ , _____

                    (Claim I)                  (Claim II)            (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

10. Defendant _Keith Rouse_ resides or works at
(full name of first defendant)
_1000 South Lake Ave #507 Pasadena CA 91106_
(full address of first defendant)
_Attorney_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
_Officer of the Court - Peace officer_
_for Sheriff Dept._

11. Defendant _Edmon Lee Smalley_ resides or works at
(full name of first defendant)
_300 South Spring Street 2FL N TOWER_
(full address of first defendant) _LA CA 90013-1213_
_Judicial officer_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
_Officer of the court - Peace officer_
_for Sheriff Dept._

12. Defendant _Frances Rothschild_ resides or works at
(full name of first defendant)
_300 South Spring Street 2FL N TOWER_
(full address of first defendant) _LA. CA 90013-1213_
_Judicial officer_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
_Officer of the court - Peace officer_
_for Sheriff Dept._

on (date or dates) _EQUAL Protection  Due Process.  Retaliation._
                                (Claim I)             (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

13 Defendant  _Glenn Session_          resides or works at
(full name of first defendant)

_1183 Monterey Road South Pasadena 91104_
(full address of first defendant)

_Real Estate Broker / Notary_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

_Licensed Real Estate Broker and Notary Public_

14 Defendant  _John M. Williams Jr._        resides or works at
(full name of first defendant)

_236 West Mountain St #110A Pasadena 91103_
(full address of first defendant)

_Attorney_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

_officer of the court State agent for sheriff dept. - Peace officer_

15 Defendant  _Leroy DAVID BACA_       resides or works at
(full name of first defendant)

_700 South Flower Street #900 Los Angeles CA 90017_
(full address of first defendant)

_SHERIFF Los Angeles County_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

_Peace officer state of CALIFORNIA_

on (date or dates) _____ , _____
                        (Claim I)              (Claim II)                    (Claim III)

**NOTE:**  You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.6 Defendant  **Roger W. Boren**                                   resides or works at
                 (full name of first defendant)

**300 S. Spring Street 2nd FL N. Tower**
                 (full address of first defendant)  **LA CA 90013-1213**

**Judicial official**
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

**Officer of the Court - Peace officer for Sheriff Dept. State agency**

17. Defendant  **Mary Ann Murphy**                                  resides or works at
                 (full name of first defendant)

**100 N. Hill Street ↗ 23 LA CA 90012**
                 (full address of first defendant)

**Judicial official**
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

**Officer of the court - peace officer for Sheriff Dept State Agency**

18. Defendant  **Anthony McFarland**                                resides or works at
                 (full name of first defendant)

**1 Altadena Drive Altadena CA 91001**
                 (full address of first defendant)

**Chaplin For Sheriff Dept.**
                 (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:

**Agent for Sheriff Dept - Peace officer State Agency.**

on (date or dates) _____ , _____ , _____
              (Claim I)        (Claim II)       (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  _DANIEL Touris+_____ resides or works at
       (full name of first defendant)

       _____
       (full address of first defendant)
       _Attorney_____
       (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
_Peace officer for State Agency_____

2. Defendant  _Leo Terrell_____ resides or works at
       (full name of first defendant)
       _Santa Monica CA_____

       _____
       (full address of first defendant)
       _Attorney_____
       (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
_Officer of the court - Peace officer for sheriff dept State Agency_

3. Defendant  _Aaron Jansen_____ resides or works at
       (full name of first defendant)
       _210 W. Temple street l' LA Ca 90012_
       (full address of first defendant)
       _Attorney - Public Defender_____
       (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
_officer of the court - Peace officer for sheriff dept._

on (date or dates) _____
              (Claim I)              (Claim II)              (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

22. Defendant   _Bradley Tourist_____    resides or works at
              (full name of first defendant)

_____
              (full address of first defendant)
_Attorney_____
              (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
_Peace officer for State Agency_____

23. Defendant   _Madeline Chang_____    resides or works at
              (full name of first defendant)
_ALHAMBRA CA_____
              (full address of first defendant)
_Attorney_____
              (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
_Peace officer for State Agency_____

24. Defendant   _Yvette "M. Palazuelos_____    resides or works at
              (full name of first defendant)
_11 N. Hill Street #28 Los Angeles CA 90012_____
              (full address of first defendant)
_Judicial officer_____
              (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

Explain how this defendant was acting under color of law:
_Peace officer for State Agency_____

_____

on (date or dates) _____ , _____ , _____
            (Claim I)        (Claim II)      (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

25. Defendant _Jill Christy Baddie_ resides or works at
(full name of first defendant)
_926 LA CANADA Verdura RA_
(full address of first defendant) _Altadena CA 91001_
_Finance Manager_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
_Peace officer for State Agency_

26. Defendant _Joyce Isaac_ resides or works at
(full name of first defendant)
_w Pasadena CA 91103_
(full address of first defendant)
_Con Artist_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
_Peace officer for State Agency_

27. Defendant _Rolf M. Treu_ resides or works at
(full name of first defendant)
_111 W. Hill Street #58 Los Angeles CA 90012_
(full address of first defendant)
_Judicial officer_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
_Peace officer for State Agency_

on (date or dates) _____ , _____ , _____
                        (Claim I)          (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

28. Defendant *Gordon Mears* resides or works at
    (full name of first defendant)
    *530 West Lancaster Blvd Lancaster CA*
    (full address of first defendant)     *93534*
    *Attorney*
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
*Peace officer for State Agency*

29. Defendant *Detective Grainny Murrey* resides or works at
    (full name of first defendant)
    *Los Angeles Street LA, CA 90012*
    (full address of first defendant)
    *Los Angeles Police Detective*
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
*Peace officer for State Agency*

30. Defendant *John Doe, Name unknown at this time to* resides or works at
    (full name of first defendant)  *Plaintiff*
    *Burbank CA.*
    (full address of first defendant)
    *Real Estate Broker for Trust Deeds INC.*
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
*Peace officer for State Agency*

on (date or dates) _____
(Claim I)                    (Claim II)                    (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

3 1.    Defendant    _Warren Cader Daire_____    resides or works at
(full name of first defendant)

_Hobart Blvd LA CA_____
(full address of first defendant)

_Con Artist_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: _Peace officer for State Agency_

3 2.    Defendant    _Edmund Daire_____    resides or works at
(full name of first defendant)

_Hobart Blvd LA CA_____
(full address of first defendant)

_Con Artist_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: _Peace officer for State Agency_

3 3.    Defendant    _Pierre Daire_____    resides or works at
(full name of first defendant)

_Hobart Blvd LA CA_____
(full address of first defendant)

_Con Artist_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law: _Peace officer for State Agency_

CV-66 (7/97)    VERIFIED    CIVIL RIGHTS COMPLAINT - COUNTER    Page 3 of 6.

Page 13 of 23

## D. CLAIMS*

CLAIM I – 1 0

The following civil right has been violated:

1. EQUAL PROTECTION UNDER LAW
2. DUE PROCESS
3. SPEECH AND EXPRESSION
4. FREE EXPRESSION OF political BELIEFs
5. RACIAL DISCRIMINATION
6. DUE PROCESS RIGHTS REGARDING PUNISHMENT
7. FOURTH AMENDMENT RIGHTS REGARDING SEARCH AND SEIZURES.
8. EIGHT AMENDMENT FROM PHYSICAL BRUTALITY.
9. Retaliation
10. Right BEAR ARMS

violations of Plaintiffs First, Second, Fourth, Fifth, Sixth, seventh, thirteeth and Fourteenth Amendments rights.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plaintiff reallege and incorporate by this reference sections A. PREVIOUS LAWSUITS 1, 2, a-h; Sections B Exhaustion of remedies 1-4 section C. Jurisdiction and Venue; Defendants 1-33; Claims 1-10 inclusively

1. As members of an notorious terrorist organized crime syndicate, Defendants Juanita Garbutt, Rhona Slusher, Ulric E.J. Usher, Julius Johnson, C Edward Simpson Sr., William Little, Vicent Zunzo, Anthony Tam, Nancy Curry, Keith Rouse, Edmon Lee Smalley, Frances R. Rechild, Glenn Session,

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

John M. Williams Jr., Leroy David Baca,
Roger W. Boven, Mary Ann Murphy,
Anthony McFarland, Leo Terrell, Aaron
Jansen, Madeline Chans, Yvette M.
Palazuelos, Bradley Yourist, Rolf M.
Treu, Daniel Yourist, Joyce Isaac,
Jill Christie Boddie, Gordon Mear, Warren Cade-Paire,
Edmund Paire, Pierre Dairy Detective Grainny, John Doe-
with egregious miasmic criminal willful and
deliberate indifference and maleficent
actively participated, aided, and abetted
in a criminal conspiracy to enslaven
Plaintiff Moon and steal all of Plaintiff
Moon's real estate and personal
property, then kill Plaintiff Moon.
2. Defendants C. Edward Simpson Jr. 1.
prepared, offered and then filed a
false / forged instrument proclaiming that
Defendants Juanita Garbutt, Rhona
Slusher and Ulric E.J. Usher has a
one million dollar judgment against
Plaintiff Moon's estate.
3. Defendant Rolf M. Treu prepared
offered and filed a false / forged instrument
proclaiming that Defendants Daniel
Yourist Bradley Yourist and Joyce Isaac
had rights to steal Plaintiff Moon's
real property on Woodbury Rd, worth a million.

Verified Complaint - Counter

page 15 of 23

1  then, Defendant Rolf M. Trew ordered defendant
2  Leroy David Baca to falsely arrest Plaintiff
3  Moon to teach Plaintiff Moon a Lesson
4  not to fuck with Trew. Plaintiff Moon
5  suffered physical and psychological
6  irraparable damage and actual cost
7  of $72,500.00 dollars by Defendants Trew's
8  terror chilling Plaintiff from overusing
9  his rights to protect his property from
10 seizure at the hands of mob boss
11 TREW.
12 4. Defendant Mary Ann Murphy "Typhoid
13 Mary" prepared, offered and file a few
14 false/forged instruments proclaiming
15 that Defendants Warren Cade-Daire
16 Pierre Daire and Edmund Daire had
17 rights to steal Plaintiff Moons real
18 property worth one million dollars
19 and that Plaintiff Moon could not
20 collect on his more than two million
21 dollar judgments.
22 5. Defendant Yvette M. Palazuelos
23 prepared, offered and file a false/forge
24 instrument proclaiming that Plaintiff
25 Moon could not collect on his $790,000.00
26 judgment against Defendants Anthony
27 McFarland and John M. Williams Jr
28 then, promised Plaintiff Moon "some

VERIFIED COMPLAINT-COUNTER

page 16 of 23

1. pussy" if plaintiff Moon would waive
2. a jury trial against Defendant's
3. Anthony McFarland et. al.
4. 6. Defendant Kieth Rouse "peg leg"
5. prepared, offered, then filed several
6. false/forged documents in the U.S
7. Bankruptcy Courts causing Plaintiff
8. Moon irrepable damage and actual
9. cost of $350,000.00 and causing damage
10. to Plaintiff Moon's reputation and credit
11. history.
12. 7. Defendants Vicent Zuzalo, Nancy
13. Curry illegally denied equal protection
14. under the law, due process and failure
15. to protect Plaintiff Moon's civil and
16. liberty rights when they denied
17. Plaintiff Moon to transfer his Chapter
18. 13 bankruptcy filing to Chapter 7.
19. Defendant Vicent Zuzalo even delivered
20. the false/forged instrument to the
21. clerk's office himself as Zuzalo
22. had been know to do against plaintiff
23. then, criminally conspired with co-
24. defendants Warren Cada-Daire
25. Pierre Daire and Edmund Daire to
26. move a state case to Federal whereby
27. Plaintiff Moon was a named de-
28. fendant. Defendant Vicent Zuzalo

Verified Complaint-Counter

page 17 of 25

proclaiming," You might be a smart nigger but I Am not going to let you get the upper hand on co-defendants Mary Ann Murphy, Warren Cade Daire, Edmund Daire, Pierre Daire"

8. Defendants Julius Johnson, Glenn Session, Charles Edward Simpson Jr., Ulric E.J. Usher secretly plotted to cajole plaintiff Moon to come into court after defendant Julius Johnson waived jury trial (Julius was Moon and Sessions attorney) So that Defendant Charles Edward Simpson Jr. could enter a false judgment against Plaintiff Moon. Defendant Charles Edward Simpson Jr. four days prior stated he could not enter a judgment against Plaintiff Moon due to the fact there was an active appeal with defendants Frances Rothschild, Roger W. Boren, who subsequently denied Plaintiff Moon to speak at the hearing on the denial, Defendant Frances Rothschild presided over the case at the superior court level for co-defendants John M. Williams Jr. and Anthony McFarland.

9. On or about July 1, 2009, Defendants Leroy David Baca, Ulric E.J. Usher,

UNVERIFIED COMPLAINT - COUNTER

page 18 of 23

Anthony Tam, Jill Christie Boddie, Juanita Garbutt, William Little, Rhona Slusher with egregious miasmic criminal willful deliberate indifference criminally conspired then stole Plaintiff Moon's real property 2633 Santa Rosa Ave Altadera CA 91001. Defendant Leroy David Baca ordered the property auctioned then defendants stole possession. The property was appraised at $900,000.00 and was a property that was a part of Plaintiff Moon's Chapter 13 Bankruptcy pending case filing.

10. On or about April 18, 2017, Defendants Ulric E.J. Usher and Gordon Mears prepared, offered, then filed with the courts a false/forged instrument illegally claiming under the penalty of perjury that Plaintiff Moon owed them $1,387,058.40 and 3,009,761.65

11. On or about November 2009, Defendants William Little, Ulric E.J. Usher, Rhona Slusher, Juanita Garbutt, Anthony Tam, Jill Christie Boddie, Walter Mueller, Joyce Isaac, John Doe stole Plaintiff Moon's property worth $4,000,000.00 and the property

Verified Complaint - Counter

page 19 of 23

1  was scheduled in Plaintiff Moon's

2  pending U.S. Bankruptcy Chapter 13

3  case filing. This grand theft

4  occurred while Plaintiff Moon was

5  held hostage in the hole by Defendant

6  Leroy David Baca and being kept in

7  a secret place away from his attorney

8  Marietta Marks, like Anthony Brown

9  the other F.B.I. informant at the

10  Los Angeles County Jail "BACA'S JAIL"

11  12. On or about December 2008, Defendant

12  Edmon Lee Smalley prepared, ordered

13  and filed a false/forged instrument

14  denying Plaintiff Moon's complaint

15  in part ordering defendant C. Edward

16  Simpson, jr. to be recused for one

17  lawsuit but not the others. Defendant

18  Edmon Lee Smalley vehemently

19  proclaimed, " Moon, You are a smart

20  nigger but I will not let You escape

21  the grasp of defendant C. Edward

22  Simpson jr that easily, You better

23  hire Yourself a member of our

24  organization so they can get paid

25  that how our system works." and

26  " Defendant Mary Ann Murphy is not

27  recusing herself even though she is a

28  defendant in the CODE case that's her

Verified Complaint-Counter

page 20 OF 23

1  Bitch your fucking will." "Now
2  get the Hell out of my courtroom.
3  13. Defendants had discovered that
4  Plaintiff Moon had acquired a guard
5  card and a gun permit set up a
6  security business and was in the
7  process of purchasing two 9 mm pistols
8  with egregious miamic criminal
9  maleficent deliberate indifference
10  the defendants first had defendant
11  Ji'll Christie Boddie file a restraining
12  order against Plaintiff Moon, then
13  subsequently arrested Plaintiff Moon
14  on August 13, 2009, Plaintiff Moon was
15  not allowed to bear arms to protect
16  himself from defendants.
17  14. Defendant Leo Terrell extorted
18  money from Plaintiff Moon claiming
19  he would represent Plaintiff at the
20  Jury trial of May 9, 2010 and never
21  made an appearance. Plaintiff
22  Moon suffered physical and psychological
23  pain and suffering and derress and
24  actual monetary damages of $50,100,00
25  and seven and half years as a
26  slave in boundage.
27  15. Defendants Aaron Jensen and
28  Madeline Chang also extorted

Verified Complaint - Counter

and cajoled Plaintiff Moon into
believing that they we doing
everything to fend off the criminals
defendant but was actually
spies working with defendants
against Plaintiff Moon.

16. Plaintiff Moon has no plain
adequate or complete remedy at
Law to redress the egregious miscnt
criminal malefeasant described herein
Plaintiff has been and will continue
to be irreparably injured by the
conduct of defendants unless
this court grants the declaratory
and injunctive relief which plaintiff
seeks.

VERIFICATION: I have read and
considered the foregoing verified
complaint and hereby verify that the
undisputed facts therein are true
and correct I certify under the
penalty of perjury.
///

"civiliter mortux"

Dated: April 8, 2017

ANDREW MOON, Attorney
for Plaintiff IN PRO SE

Verified Complaint - Counter

page 22 of 23

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiffs:

A declaration that acts and omissions described herein violated plaintiff's rights under the constitution and International law under California, the United States and the world. Federal and State Criminal Statutes customary International law and treaties.

A preliminary (T.R.O.) and permanent injunction ordering defendants Yusania Garbutt to immediately release plaintiff on his personal recognizance without surety pending the trial decision of this case under 28 U.S.C. §§ 2283; 2284,

Compensatory damages in the amount of $5,000,000.00 against each defendant jointly and severally.

Punitive damages in the amount of $15,000,000.00 against each defendant and nominal damages at $1.00 against each defendant,

A jury trail on all issues triable by jury

Plaintiff's cost in this suit,

Any additional relief this court deems just, proper and equitable.

VERIFICATION I have read and considered the foregoing verified complaint and hereby verify that the undisputed facts therein are true and correct. I certify under the penalty of perjury.

April 8, 2017                    _Adam Moon_
(Date)                          (Signature of Plaintiff)

                    ADAM MOON, Attorney for
                    Plaintiff In Pro Se

FILED
CLERK, U.S. DISTRICT COURT

5/8/17

CENTRAL DISTRICT OF CALIFORNIA
BY ___CS___ DEPUTY

1  ADRIAN MOON - AF0335
2  5th Street and Western Ave.
   Norco, CA 92860
3  office (949) 357-6935
   FAX (213) 844-0811
4  Attorney for Defendant In Pro Se
5
6        UNITED STATES DISTRICT COURT
7      CENTRAL DISTRICT OF CALIFORNIA
8          WESTERN DIVISION
9  ADRIAN MOON                   Case No.    CV17-3459-SVW(FFM)
10     Plaintiff                 COUNTER COMPLAINT
11     vs.
12  JUANITA GARBUTT et.al.
13     Defendants
14
15  JUANITA GARBUTT et.al.        GC040442
16     Plaintiffs,               STATE CASE NO.
17     vs.
18  ADRIAN D. MOON               NOTICE OF REMOVAL
19     Defendant
20
21  TO THE CLERK AND JUDGES OF THE UNITED
22  STATES DISTRICT COURT FOR CENTRAL
23  DISTRICT OF CALIFORNIA WESTERN DIVISION
24  . The Notice of removal ADRIAN D. MOON
25  by and with written consent of the
26  other defendant herein, respectfully shows:
27     1. On March 20, 2017, an action
28  commenced against defendant in the

(1)

the State case has claims related to
a bankruptcy case, chapter 11, ADRIAN D.
MOON. 28 U.S.C.S. § 1334 (b) Schultze
vs Chandler, (9th Cir 2014) 765 F 3d 945,
948 n 2 ("core proceedings") The State
case has claims based on a federal
question is joined with State claims
entire case is removable 28 U.S.Cs. §§ 1331,
1441 (c) (1). The State case has matters
in controversy that exceeds millions of
dollars exclusive of interest and costs and
proceedings may be removed to federal court
4. Defendant Adrian Moon join in
and consent to the removal of this case
to the United States Central District
Court Western Division . see attached Motion ##
WHEREFORE, defendant prays that
the above action now pending against
him in the Superior Court of California
County of Los Angeles be removed
therefrom to this court.
///
Dated: April 6, 2017          "Givilitier mortux"

ADRIAN MOON, Atty,
for Plaintiff/Defendant
5th Street and western Ave
Norco, CA 92860

NOTICE SENT TO:

LAW OFFICE OF ULRIC E. J. USHER ESQ.
530 WEST LANCASTER BLVD.
LANCASTER          CA   93534-0000

**CONFORMED COPY**
~~ORIGINAL FILED~~
Superior Court of California
County of Los Angeles

**MAR 20 2017**

Sherri R. Carter, Executive Officer/Clerk

By: Krystal Brown Deputy

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| JUANITA GARBUTT & RHONA SLUSHER | CASE NUMBER |
| Plaintiff(s), | GC040442 |
| VS. | |
| ADRIAN D. MOON | **Notice of Case Reassignment and of Order for Plaintiff to Give Notice** |
| Defendant(s). | |

### TO THE PLAINTIFF(S) AND PLAINTIFF'S ATTORNEY OF RECORD or PLAINTIFF(S) IN PROPRIA PERSONA:

YOU ARE HEREBY NOTIFIED, pursuant to Court order, effective May 20, 2013, in the above entitled action, previously assigned to Judge  C. EDWARD SIMPSON  in Department  R  of the Pasadena Courthouse, Northeast District, shall be assigned to Judge William D. Stewart as an Individual Calendar (IC), direct calendaring judge for all purposes, including trial, in Department NC A  of the Burbank Courthouse of the North Central District, 300 East Olive Avenue, Burbank California 91502. (See Chapter 2(f) Los Angeles Court Rules.)

All matters on calendar in this case will remain set on the dates previously noticed, but in Department NC A of the Burbank Courthouse of the North Central District indicated above unless otherwise ordered by the court.

NOTICE IS FURTHER GIVEN that the order directs that plaintiff(s) and/or counsel for the Plaintiff(s) to give notice of this all purpose case assignment by serving a copy of this Notice on all parties to this action within 10 days of service of this Notice by the court, and file proof of service within 12 days of this Notice at the Burbank Courthouse.

### CERTIFICATE OF MAILING

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Reassignment and Order upon each party or counsel named above by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Pasadena, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown above with the postage thereon fully prepaid, in accordance with standard court practices.

Dated:  March 20, 2017

SHERRI R. CARTER, Executive Officer/
Clerk of the Superior Court

By _____, Deputy

NOTICE OF CASE REASSIGNMENT AND OF ORDER FOR PLAINTIFF TO GIVE NOTICE

Motion 1

MC-012

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Ulric Usher, Esq./Gordon Mears, Esq.    SBN: 201908/172264<br>Law Offices of Ulric E. J. Usher, Esq. A PC<br>530 West Lancaster Blvd.<br>Lancaster, CA 93534<br>  TELEPHONE NO.: 661-723-0046      FAX NO.: 661-723-1763<br>ATTORNEY FOR *(Name)*: Juanita Garbutt, et al. | |

NAME OF COURT: Superior Court of California, County of Los Angeles
STREET ADDRESS: 300 East Olive Avenue
MAILING ADDRESS: 300 East Olive Avenue
CITY AND ZIP CODE: Burbank, 91502
BRANCH NAME: Burbank Courthouse

PLAINTIFF:    Juanita Garbutt and Rhona Slusher

DEFENDANT:    Adrian D. Moon, et al.

| MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST | CASE NUMBER:<br>GC040442 |
|---|---|

1. I claim the following costs after judgment incurred within the last two years *(indicate if there are multiple items in any category)*:

| | | Dates Incurred | Amount |
|---|---|---|---|
| a | Preparing and issuing abstract of judgment | | $ 0.00 |
| b | Recording and indexing abstract of judgment | | $ 27.00 |
| c | Filing notice of judgment lien on personal property | | $ 0.00 |
| d | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 *(specify county)*: | | $ 0.00 |
| e | Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | | $ 0.00 |
| f | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | | $ 30.00 |
| g | Attorney fees, if allowed by Code Civ. Proc., § 685.040 | | $ 0.00 |
| h | Other:             *(Statute authorizing cost)*: | | $ 0.00 |
| i | Total of claimed costs for current memorandum of costs (add items a-h) | | $ 57.00 |

2. All previously allowed postjudgment costs: . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

3. **Total** of all postjudgment costs (add items 1 and 2): . . . . . . . . . . . . . . . . . **TOTAL** $ 57.00

4. **Acknowledgment of Credit.** I acknowledge total credit to date (including returns on levy process and direct payments) in the amount of: $

5. **Declaration of Accrued Interest.** Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of: $ 1,387,058.40

6. I am the ☐ judgment creditor   ☐ agent for the judgment creditor   ☒ attorney for the judgment creditor.
I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 18, 2017

Ulric E. J. Usher, Esq.
    (TYPE OR PRINT NAME)                                 (SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, *not exceeding $100 in aggregate* and not already allowed by the court, may be included in the writ of execution. *The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution.* (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

(Proof of service on reverse)

Form Adopted for Mandatory Use<br>Judicial Council of California<br>MC-012 [Rev. January 1, 2011]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Code of Civil Procedure<br>§ 685.070<br>www.courts.ca.gov<br>Westlaw Doc & Form Builder

From:Law Offices of Ulric Usher Esq    661723-1763    04/18/2017 11:22    #130 P.002/008

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

**EJ-195**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*<br>Ulric E. J. Usher/Gordon C. Mears   SBN: 201908/172264<br>Law Offices of Ulric E. J. Usher, Esq. A PC<br>530 West Lancaster Blvd., Lancaster, CA 93534<br>fax:  661-723-1763<br>ATTORNEY FOR *(Name):* Juanita Garbutt, et al. | TELEPHONE NO.:<br>ph: 661-723-0046 |

FOR COURT USE ONLY

APR 18 2017

SHERRI R. CARTER
EXECUTIVE OFFICER/CLERK
BY  Melody Scott
DEPUTY

NAME OF COURT: Superior Court of California, County of Los Angeles
STREET ADDRESS: 300 East Olive Avenue
MAILING ADDRESS: 300 East Olive Avenue
CITY AND ZIP CODE: Burbank, 91502
BRANCH NAME: Burbank Courthouse

PLAINTIFF: Juanita Garbutt, and Rhona Slusher

DEFENDANT: Adrian D. Moon, et al.

| | |
|---|---|
| **NOTICE OF RENEWAL OF JUDGMENT** | CASE NUMBER:<br>GC040442   FILED BY FAX |

TO JUDGMENT DEBTOR *(name):* Adrian D. Moon, Aka Kaavon Moon, Aka Damico Lott Aka Mike Daniels, A D Moon Company

1. This renewal extends the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. If you object to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within **30 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached (*Cal. Rules of Court, rule 3.1900*).

Date:   APR 1 8 2017      **SHERRI R. CARTER**    Clerk, by  Melody Scott    , Deputy

[SEAL]

See CCP 683.160 for information on method of service

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2007]

**NOTICE OF RENEWAL OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, § 683.160
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

12:25:25 2017-04-18
Motion 3

From:Law Offices of Ulric Usher Esq    6617231763    04/18/2017 11:22    #130 P.003/008

**EJ-190**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | FOR RECORDER'S USE ONLY |
|---|---|

After recording, return to:
Ulric Usher, Esq./Gordon Mears,    SBN: 201908/172264
Law Offices of Ulric E. J. Usher, Esq. A PC
530 West Lancaster Blvd.
Lancaster, CA 93534
TEL NO.:661-723-0046    FAX NO. *(optional):*661-723-1763
E-MAIL ADDRESS *(Optional):*

| [X] ATTORNEY FOR | [X] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |
|---|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 300 East Olive Avenue
MAILING ADDRESS: 300 East Olive Avenue
CITY AND ZIP CODE: Burbank, 91502
BRANCH NAME: Burbank Courthouse

PLAINTIFF: Juanita Garbutt and Rhona Slusher

DEFENDANT: Adrian D. Moon, et al.

| APPLICATION FOR AND RENEWAL OF JUDGMENT | CASE NUMBER: GC040442 |
|---|---|

**FILED BY FAX**

CONFORMED COPY ONLY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

**APR 18 2017**

Sherri R. Carter
EXECUTIVE OFFICER/CLERK

BY _Melody Scott_
DEPUTY

[X] Judgment creditor

[ ] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address):*
   Juanita Garbutt and Rhona Slusher c/o Law Offices of Ulric E. J. Esq. A PC
   530 West Lancaster Blvd.
   Lancaster, CA 93534

2. Judgment debtor *(name and last known address):*
   See Attachment MC-020

3. Original judgment
   a. Case number *(specify):* GC040442
   b. Entered on *(date):* 9/3/2008
   c. Recorded:
      (1) Date: 9/30/2008
      (2) County: Los Angeles
      (3) Instrument No.: 20081754331

4. [ ]  Judgment previously renewed *(specify each case number and date):*

5. [X]  Renewal of money judgment
   a. Total judgment . . . . . . . . . . . . . . . . . . . . . . $    1,622,673.25
   b. Costs after judgment . . . . . . . . . . . . . . . . . $    0.00
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . $    1,622,673.25
   d. Credits after judgment . . . . . . . . . . . . . . . . $    0.00
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . $    1,622,673.25
   f. Interest after judgment . . . . . . . . . . . . . . . . $    1,387,058.40
   g. Fee for filing renewal application . . . . . . . . $    30.00
   h. Total renewed judgment *(add e, f, and g)*  $    3,009,761.65

   i. [ ]  The amounts called for in items a–h are different for each debtor.
         These amounts are stated for each debtor on Attachment 5.

| | Page 1 of 2 |
|---|---|

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. July 1, 2014]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.140
Westlaw Doc & Form Builder

12:25:25 2017-04-18    Motion 4

| SHORT TITLE: Juanita Garbutt, et al v. Adrian A D Moon, et al. | CASE NUMBER: GC040442 |
|---|---|

6. ☐  Renewal of judgment for     ☐  possession.
                                  ☐  sale.

   a. ☐  If judgment was not previously renewed, terms of judgment as entered:

   b. ☐  If judgment was previously renewed, terms of judgment as last renewed:

   c. ☐  Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 18, 2017

Ulric E. J. Usher, Esq.
_____
        (TYPE OR PRINT NAME)

_____
        (SIGNATURE OF DECLARANT)

12:25:25 2017-04-18          Motion 5

From:Law Offices of Ulric Usher Esq   6617231763                04/18/2017 14:36    #137 P.001/00

| SHORT TITLE: Juanita Garbutt, et al v. Adrian A D Moon, et al. | CASE NUMBER: GC040442 |
|---|---|

Judgment debtor (name and last known address):
A.D. Moon Company
5th Street & Western,
Norco, CA 92860


Adrian D. Moon
5th Street & Western,
Norco, CA 92860


Aka Kaavon Moon
5th Street & Western,
Norco, CA 92860


Aka Damico Lott
5th Street & Western,
Norco, CA 92860


Aka Mike Daniels
5th Street & Western,
Norco, CA 92860

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 1 of 1

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**
15:37:01 2017-04-18

Westlaw Doc & Form Builder
CRC 201, 501

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Ulric Usher, Esq./Gordon Mears, Esq.    SBN:201908/172264<br>Law Offices of Ulric E. J. Usher, Esq. A PC<br>530 West Lancaster Blvd.<br>Lancaster, CA 93534<br><br>   TELEPHONE NO.: 661-723-0046<br>E-MAIL ADDRESS *(Optional)*:uusherlaw@cs.com    FAX NO. *(Optional)*:661-723-1763<br>ATTORNEY FOR *(Name)*: Rhona Slusher | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
  STREET ADDRESS: 300 East Olive Avenue
  MAILING ADDRESS: 300 East Olive Avenue
  CITY AND ZIP CODE: Burbank, 91502
  BRANCH NAME: North Central Distirct

PETITIONER/PLAINTIFF: Juanita Garbutt & Rhona Slusher

RESPONDENT/DEFENDANT: Adrian D. Moon

| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | CASE NUMBER:<br>GC040442 |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1.  I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2.  My residence or business address is: 530 West Lancaster Blvd., Lancaster, CA 93534

3.  On *(date):*04/25/17    I mailed from *(city and state):*Lancaster, California
   the following **documents** *(specify):* Notice of Renewal of Judgment and Application of Renewal of Judgment

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4.  I served the documents by enclosing them in an envelope and *(check one):*
   a. ☐ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☒ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5.  The envelope was addressed and mailed as follows:
   a. **Name** of person served:
   b. **Address** of person served:

   ☒ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 25, 2017

Bryant Gamez
_____
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)

_____
(SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

**PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

Motion 7

POS-030(P)

| SHORT TITLE: Juanita Garbutt & Rhona Slusher v. Adrian D. Moon | CASE NUMBER: GC040442 |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)

*(This Attachment is for use with form POS-030)*

**NAME AND ADDRESS OF EACH PERSON SERVED BY MAIL:**

| Name of Person Served | Address *(number, street, city, and zip code)* |
|---|---|
| A D Moon Company | PO Box 3535 Norco, CA 92860 |
| Adrian D. Moon | PO Box 3535 Norco, CA 92860 |
| Aka Kaavon Moon | PO Box 3535 Norco, CA 92860 |
| Aka Damico Lott | PO Box 3535 Norco, CA 92860 |
| Aka Mike Daniels | PO Box 3535 Norco, CA 92860 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Form Approved for Optional Use
Judicial Council of California
POS-030(P) [New January 1, 2005]    **ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL
(PERSONS SERVED)**
**(Proof of Service)**    Page ___1___ of ___1___
Westlaw Doc & Form Builder

Motion 8

FILED
CLERK, U.S. DISTRICT COURT

5/8/17

CENTRAL DISTRICT OF CALIFORNIA
BY: CS        DEPUTY

1  ADRIAN MOON - A#0335
2  5th Street and Western Ave
   Norco, CA, 92860
3  office (949) 357-6933
   FAX (213) 594-6933
4
5  Attorney for Plaintiff In Pro Se
6
          UNITED STATES DISTRICT COURT
7      CENTRAL DISTRICT OF CALIFORNIA
8              WESTERN DIVISION
9

10  ADRIAN MOON                    Case No.   CV17-3459-SVW(FFM)
11      Plaintiff,                 COUNTER COMPLAINT
12  vs.
13  JUANITA GARBUTT et.al.
14      Defendants,

15  JUANITA GARBUTT et.al.         GC040442
16      Plaintiffs,                STATE CASE NO.
17  vs.                            NOTICE OF FILING
18  ADRIAN D. MOON                 NOTICE OF REMOVAL
19      Defendant                  28 U.S.C. § 1446 (d)

20  TO ULRIC E. J. USHER, Attorney for
21  Plaintiff in State Case GC040442
22      NOTICE IS HEREBY GIVEN that a
23  notice of removal of the above
24  entitled action from the Superior
25  court of the State of California
26  Los Angeles County, to the United
27  States District for the Central District
28  Court Western Division was duly

                    (1)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ADRIAN MOON
~~Petitioner~~
Plaintiff

JUANITA GARBUTT et. al.
~~Respondent(s)~~
Defendants

Case No.

FILED
CLERK, U.S. DISTRICT COURT

5/8/17

CENTRAL DISTRICT OF CALIFORNIA
CS                DEPUTY

CV17-3459-SVW(FFM)

ELECTION REGARDING
CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE

- A magistrate judge is available under 28 U.S.C. § 636 ( c) to conduct all proceedings in this case, including dispositive matters, and entry of final judgment. However, a magistrate judge may be assigned to rule on dispositive matters only if all parties voluntarily consent.

- Parties are free to withhold consent to magistrate judge jurisdiction without adverse substantive consequences.

- If both parties consent to have a magistrate judge decide the case, any appeal would be made directly to the Ninth Circuit Court of Appeals, as if a district judge had decided the matter.

- Unless both parties consent to have a magistrate judge decide the case, the assigned magistrate judge will continue to decide only non-dispositive matters, and will issue a Report and Recommendation to the district judge as to all dispositive matters.

*Please check the "yes" or "no" box regarding your decision to consent to a United States Magistrate Judge, and sign below.*

☐ Yes, I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, decide all dispositive and non-dispositive matters, and order the entry of final judgment.

☒ No, I do not consent to have a United States Magistrate Judge conduct all further proceedings in this case.
Especially Frederick F. Mumm and Stephan V. Wilson

Executed on   4-8-17                              Al Moon
                        Date                              Signature of Petitioner/Counsel for Petitioner

ADRIAN MOON - ACO 335
5th street and Western Ave
Norco, CA 92860
Office (949) 357-6933
Fax (213) 894-0811

Attorney for Plaintiff In Pro Se

FILED
CLERK, U.S. DISTRICT COURT
5/8/17
CENTRAL DISTRICT OF CALIFORNIA
BY CS                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ADRIAN MOON | Case No. CV17-3459-SVW(FFM) |
| Plaintiff, | COUNTER-COMPLAINT |
| vs | |
| JUANITA GARBUTT et. al. | |
| Defendants | |
| ADRIAN MOON | 5:17-cv-0498-SVW-FFM |
| Plaintiff | |
| vs | |
| LEROY BACA BACA et al. | |
| Defendants | |
| ADRIAN MOON | 5:17-cv-0718-SVW-FFM |
| Plaintiff | EX PARTE APPLICATION FOR MOTION FOR RECUSAL OF JUDGE(S) STEPHAN V. WILSON AND FREDERICK F. MUMM; U.S.C.O. CAL LOCAL Rule 7.19 |
| vs | |
| CYNTHIA Y. TIMPKINS et. al. | |
| Defendants | |

TO THE CLERK OF THE U.S. CENTRAL
DISTRICT COURT AND DEFENDANTS STEPHAN
V. WILSON AND FREDERICK F. MUMM;
I AM ADRIAN MOON, Attorney for
Plaintiff In Pro Se, declare as follows,
1. I AM seeking an ex parte ap-

(1)

1  application for motion for recusal of Judge(s)
2  Stephan V. Wilson and Frederick F. MUMM
3  under 28 U.S.C. § 455(b)(5)(i-iv); Penal Code
4  § 182 et. seq.; Federal Criminal Statutes;
5  Customary International Laws and treaties
6  pursuant to U.S.C.D. CAL. Local Rules 7.19.
7  2. Defendants Wilson and Mumm has been
8  paid extortion bribes in excess of five
9  thousand dollars to co-defendants to
10 not allow plaintiff's meritorious complaints
11 to proceed in this court. "SUPREMACY CLAUSE"
12 Article VI of the U.S. Constitution; BRADLEY
13 vs. FISHER, 80 U.S. 335, 352, VOL ED. 646, 651
14 "Acts in excess of jurisdiction and absent
15 of jurisdiction." R.I.C.O. Act violations
16 3. Defendants Wilson and Mumm have circum-
17 vented the processing, adjudication and filing
18 of motions and complaints in several cases
19 where defendants are parties to the actions
20 in violation of U.S.C.D. CAL. GENERAL order
21 17-04, see also Penal Code § 182 et. seq.
22 4. Defendants Wilson and Mumm are
23 bosses of an terrorist organized crime syndicate
24 that has penetrated our judicial system to
25 commit treason against our government.
26 VERIFICATION: I have read and considered the
27 foregoing emergency motion and hereby verify the
28 undisputed facts therein are true and correct

Date: April 6, 2017

ADRIAN MOON, Atty
for Plaintiff IN Pro Se

(2)